IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN B. STRODE and ) | |
| MARQUITTA A. MCAFEE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 06-CV-228-GPM |
| ) | |
| THE CITY OF VENICE, ILLINOIS, ) | |
| TYRONE ECHOLS, JAMES E. NEWSOME, ) | |
| SHAWN TYLER, WILLIAM E. GARRETT, ) | |
| TIMOTHY J. FISK and BRADLEY JONES, ) | |
| in their individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the plaintiffs' motion to extend the discovery deadline. **(Doc. 55).** Plaintiffs want to obtain additional written discovery and depositions. Plaintiff s further note that they still need to locate and subpoena Jeremy Harrell. Plaintiffs ask that discovery be permitted up to and including July 22, 2007. Defendants have not responded to the subject motion.

**IT IS THEREFORE ORDERED** that the plaintiffs' motion to extend the discovery deadline **(Doc. 55)** is **GRANTED**, in that discovery will be permitted through **August 10, 2007** (so that defendants will have the full 30 day response period for written discovery). No further extensions will be granted under any circumstances.

**IT IS SO ORDERED.**

**DATED: June 26, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**